

**LoRusso | Law Firm**
A PROFESSIONAL CORPORATION

1827 POWERS FERRY ROAD SE
BUILDING 8, SUITE 200
ATLANTA, GEORGIA 30339

PHONE: 770.644.2378
FAX: 770.644.2379
LoRussoLawFirm.com

PLEASE USE THE ATLANTA, GA OFFICE FOR ALL MAIL CORRESPONDENCE

LANCE J. LoRUSSO*
JUSTIN H. MEEKS
KEN W. DAVIS
ATTORNEYS AT LAW

CHRISTINE KING
BRIAN J. HUCKABY
AMBER M. CARTER
ATTORNEYS AT LAW

December 3, 2021

To:   All Judges, Clerks of Court, and Counsel of record

Re:   The State of Georgia v. Heinze
      Northern District of Georgia, Atlanta Division
      Civil Action File No: 1:21-cv-04457-TCB
      Notice of Leave of Absence

Please note that I will be away from the practice of law on the dates listed below for family vacation. Pursuant to LR.83.1(E)(4), NDGa, I am providing notice to all affected court clerks, judges and counsel on record.

December 21, 2021 through December 31, 2021 - (Vacation)

Pursuant to LR.83.1(E)(4), NDGa, it is my understanding that I am not required to file a formal petition for leave of absence and accompanying order since the period of the leave is less than twenty (21) consecutive days granted.

Respectfully submitted this 3rd day of December, 2021.

_____
Ken Davis
Georgia Bar No. 705045