IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC HEINZE,<br><br>    Defendant. | CIVIL ACTION NUMBER:<br><br>1:21-cv-04457-TCB |

### ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE CASES

Having read and considered Plaintiff's Motion to Consolidate Cases, and for good cause shown, it is hereby ORDERED that the motion is granted. The Clerk is DIRECTED to consolidate the above-captioned case with *Georgia v. Hutchens*, Case No. 1:21-cv-04462 (N.D. Ga.).

So ordered this __15th__ day of December 2021.

_____
THE HONORABLE TIMOTHY C. BATTEN, SR.
U.S. DISTRICT JUDGE

Presented by:

/s/ Lyndsey Rudder
Deputy District Attorney
Office of the Fulton County District Attorney

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

I hereby certify that the foregoing document has been prepared using 14-point Times New Roman in accordance with Local Rule 5.1.

/s/ Lyndsey Rudder
Lyndsey Rudder

*Deputy District Attorney*
Office of the Fulton County
District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, the foregoing document was served upon all parties having appeared in this action by and through filing with the Court's CM/ECF system.

/s/ Lyndsey Rudder

Lyndsey Rudder

*Deputy District Attorney*
Office of the Fulton County
District Attorney
