# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC HEINZE; and<br>KRISTOPHER HUTCHENS,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br><br>1:21-cv-04457-TCB |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A SINGLE, GLOBAL REPLY IN SUPPORT OF ITS MOTIONS TO REMAND

Having read and considered Plaintiff's Motion for an Extension of Time to File a Single, Global Reply in Support of its Motions to Remand, and for good cause shown, it is hereby ORDERED that Plaintiff shall be granted an extension of time to file a single, global reply in support of its motions to remand, through and including **February 8, 2022**. Such reply shall not exceed **30 pages**.

So ordered this _____ day of _____ 2022.

_____
THE HONORABLE TIMOTHY C. BATTEN, SR.
U.S. DISTRICT JUDGE

Presented by:
/s/ Lyndsey Rudder
Deputy District Attorney
Office of the Fulton County District Attorney

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

I hereby certify that the foregoing document has been prepared using 14-point Times New Roman in accordance with Local Rule 5.1.

/s/ Lyndsey Rudder

Lyndsey Rudder

*Deputy District Attorney*
Office of the Fulton County
District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, the foregoing document was served upon all parties having appeared in this action by and through filing with the Court's CM/ECF system.

/s/ Lyndsey Rudder
Lyndsey Rudder

*Deputy District Attorney*
Office of the Fulton County
District Attorney