**To:** All Courtroom Deputies

**From:** Amanda Clark Palmer

**RE:** **Notice of Leave of Absence**

**Date:** July 28, 2022

The purpose of this letter is to notify the Court, pursuant to LCrR 57.1(E)(4), NDGa, that I will be out of the office on the following dates:

- August 10-13, 2022 for NACDL's Annual Meeting;
- September 26 through and including October 3 for school break;
- October 19-22, 2022 for NACDL's Fall Meeting;
- November 21-29, 2022 for school break;
- January 12-13, 2023 for the State Bar's Midyear Meeting
- February 20-28, 2023 for school break;
- March 1-4, 2023 for NACDL's Midwinter Meeting; and
- March 23-26, 2023 for the State Bar's Spring Meeting.

I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

*s/ Amanda R. Clark Palmer*
Amanda R. Clark Palmer
Ga Bar No. 130608
Garland, Samuel, & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041
aclark@gsllaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been formatted with Book Antigua font, 13-point type which complies with the font size requirements of Local Rule 5.1C.

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing notice by filing the same via the Court's CM/ECF system which will automatically send notice of such filing to all parties of record.

This 28th day of July, 2022.

*s/ Amanda R. Clark Palmer*
Amanda R. Clark Palmer
