**Benjamin Thurman**

| | |
|---|---|
| From: | no-reply@efilingmail.tylertech.cloud |
| Sent: | Wednesday, October 26, 2022 2:54 PM |
| To: | Benjamin Thurman |
| Subject: | Filing Accepted for Case: 21SC179517; The State of GeorgiaVSKRISTOPHER L. HUTCHENS; Envelope Number: 10824565 |

**CAUTION - EXTERNAL:**



# Filing Accepted
Envelope Number: 10824565
Case Number: 21SC179517
Case Style: The State of GeorgiaVSKRISTOPHER L. HUTCHENS

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| Court | Fulton - Superior Court |
| Case Number | 21SC179517 |
| Case Style | The State of GeorgiaVSKRISTOPHER L. HUTCHENS |
| Date/Time Submitted | 10/26/2022 2:44 PM EST |
| Date/Time Accepted | 10/26/2022 2:53 PM EST |
| Accepted Comments | |
| Filing Type | NOTICE OF FILING |
| Filing Description | Certified Opinion and Order - USDC NDGA 1:21-cv-04457-VMC |
| Activity Requested | EFile |
| Filed By | Benjamin Thurman |
| Filing Attorney | Kevin Weimer |

| Document Details | |
|---|---|
| Lead Document | Hutchens 21-cv-4457 Order.pdf |
| Lead Document Page Count | 23 |
| File Stamped Copy | Download Document |
| This link is active for 45 days. | |

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Benjamin Thurman**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Wednesday, October 26, 2022 2:53 PM |
| **To:** | Benjamin Thurman |
| **Subject:** | Filing Accepted for Case: 21SC179517; The State of GeorgiaVSERIC A. HEINZE; Envelope Number: 10824585 |

**CAUTION - EXTERNAL:**



# Filing Accepted

Envelope Number: 10824585
Case Number: 21SC179517
Case Style: The State of GeorgiaVSERIC A. HEINZE

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Fulton - Superior Court |
| **Case Number** | 21SC179517 |
| **Case Style** | The State of GeorgiaVSERIC A. HEINZE |
| **Date/Time Submitted** | 10/26/2022 2:45 PM EST |
| **Date/Time Accepted** | 10/26/2022 2:53 PM EST |
| **Accepted Comments** | |
| **Filing Type** | NOTICE OF FILING |
| **Filing Description** | Certified Opinion and Order - USDC NDGA 1:21-cv-04457-VMC |
| **Activity Requested** | EFile |
| **Filed By** | Benjamin Thurman |
| **Filing Attorney** | Kevin Weimer |

| Document Details | |
|---|---|
| **Lead Document** | Heinz 21-cv-4457 Order.pdf |
| **Lead Document Page Count** | 23 |
| **File Stamped Copy** | Download Document |
| This link is active for 45 days. | |

1

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.